# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153340

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

REUBEN RAUL MARTINEZ, SR.,
   Defendant-Appellant.

SC: 153340
COA: 323903
Saginaw CC: 13-038695-FC

_____/

   On order of the Court, the application for leave to appeal the January 19, 2016 judgment of the Court of Appeals is considered. We DIRECT the Saginaw County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. In particular, we direct the prosecutor to address whether the trial court erred by imposing 20-year maximum sentences for each of the defendant's two second-degree criminal sexual conduct convictions, where the statutory maximum sentence was 15 years. MCL 750.520c(2)(a).

   The application for leave to appeal remains pending.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016



        Clerk

s1026